UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JENNIFER R. WELCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number: 08-CV-531-JHP-TLW |
| | ) | |
| VALMONT INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SETTLEMENT CONFERENCE REPORT

On May 4, 2009 a Settlement Conference was held in the captioned matter.

☒ The litigation was settled; within ten (10) days of the date hereof, the Plaintiff and Defendant shall file:

   -- a Stipulation of Dismissal
      OR
   -- a Journal Entry of Judgment.

☐ The litigation was not settled.

☐ Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2009.

DATED: May 4, 2009.

_____
Patrick W. Cipolla
Adjunct Settlement Judg