IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JENNIFER R. WELCH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 08-cv-00531-JHP-TLW |
| | ) |
| VALMONT INDUSTRIES, INC., | ) |
| | ) |
|     Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Defendant, Valmont Industries, Inc., and the Plaintiff, Jennifer Welch, and hereby enter this Stipulation of Dismissal in the above-referenced matter. All parties have entered into a Settlement Agreement whereby all claims by Plaintiff will be dismissed **with prejudice.** Wherefore, in accordance with the terms of the aforementioned Settlement Agreement, Plaintiff has agreed to dismiss any and all claims with prejudice in this matter, each party bearing his or its own costs, expenses, and fees, including attorneys' fees.

Respectfully submitted,

/s/ David R. Blades
David R. Blades, OBA #15187
Armstrong & Lowe, P.C.
1401 S. Cheyenne Ave.
Tulsa, OK  74119
(918) 582-2500 – Telephone
(918) 583-1755 – Facsimile
*Attorneys for Plaintiff*

/s/ Jessica C. Ridenour
David E. Strecker, OBA #8687
Jessica C. Ridenour, OBA $20758
Strecker & Associates, P.C.
2150 Mid-Continent Tower
401 South Boston Avenue
Tulsa, Oklahoma 74103-4009
Telephone:     (918) 582-1716
Facsimile:     (918) 582-1780

and

John W. Smith T
BRADLEY ARANT ROSE & WHITE LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: 205-521-8521
Facsimile:  205-488-6521
*Attorneys for Defendant*